IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND L. LAWSON,          )<br>                              )<br>        Petitioner,          )<br>                              )<br>   vs.                        )<br>                              )<br> B. CURRY, Warden,           )<br>                              )<br>        Respondent.          )<br>_____) | No. C 09-3846 CRB (PR)<br><br>ORDER |

  Raymond L. Lawson seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging the California Board of Parole Hearings' ("BPH") March 5, 2008 decision to deny him parole.  The court has learned that Lawson was recently released on parole, however.

  Good cause appearing therefor, Lawson is ordered to show cause, within 30 days of this order, as to why the instant action should not be dismissed as moot.

SO ORDERED.

DATED: Oct. 20, 2010

             CHARLES R. BREYER
             United States District Judge

G:\PRO-SE\CRB\HC.09\Lawson, R1.osc2.wpd